IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS ROBERT COLLIER,               )<br>                                                                )<br>          Petitioner,                             ) | No. C 08-4704 CRB (PR) |
|                                                                )<br>    vs.                                                    )<br>                                                                )<br>ROBERT L. AYERS, JR., Warden,     )<br>                                                                ) | ORDER DENYING<br>CERTIFICATE OF<br>APPEALABILITY |
|          Respondent.                          )<br>_____ ) | (Docket # 9) |

On February 25, 2010, the court denied petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2254 challenging the California Board of Parole Hearings' (BPH) August 6, 2007 decision to deny him parole.

On March 19, 2010, petitioner submitted a letter to the Ninth Circuit which the court of appeals forwarded to this court. On April 7, 2010, this court construed the letter as a request for an extension of time to appeal and granted petitioner 14 days from April 7, 2010 to file a notice of appeal.

Petitioner has filed a notice of appeal and request for a certificate of appealability (COA) under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). See Hayward v. Marshall, No. 06-55392, slip op. at 16 (9th Cir. Apr. 22, 2010) (en banc) (COA required regardless of whether state decision to deny release from confinement is administrative or judicial).

Petitioner's request for a COA (docket # 9) is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

SO ORDERED.

DATED:   April 27, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.08\Collier, D1.coa.wpd